

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:      01-13-00124-CV

Style:      Xenos Yuen and the Law Offices of Yuen & Associates, P.C.

**v** Hung Ho and H.L.L.S.

Date motion filed[*]:      February 21, 2013

Type of motion:      Motion to Substitute Donald Bayne as Attorney in Charge for Appellants

Party filing motion:      Appellants

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

☐      Granted

     If document is to be filed, document due:

     ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑      Other: _____

     **This case is stayed pursuant to Texas Rule of Appellate Procedure 8.2. Accordingly, this motion will be carried with the case until the case is reinstated under rule 8.3.**

Judge's signature:   /s/ Jim Sharp
     ☑ Acting individually      ☐ Acting for the Court

Panel consists of

Date: <u>May 9, 2013</u>

November 7, 2008 Revision